IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**TAMMY GALMORE**     **PLAINTIFF**

**V.**     **NO. 4:20-CV-137-DMB-JMV**

**ANDREW SAUL,**
**Commissioner of Social Security**     **DEFENDANT**

## ORDER

On July 15, 2021, United States Magistrate Judge Jane M. Virden issued a Report and Recommendation ("R&R") in this appeal by Tammy Galmore from an unfavorable decision of the Commissioner of Social Security. Doc. #22. In the R&R, Judge Virden recommends that the decision be affirmed. *Id*. at 13. No objections to the R&R were filed.

"With respect to those portions of the report and recommendation to which no objections were raised, the Court need only satisfy itself that there is no plain error on the face of the record." *Gauthier v. Union Pac. R.R. Co.*, 644 F. Supp. 2d 824, 828 (E.D. Tex. 2009) (citing *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428–29 (5th Cir. 1996)). The Court has reviewed the R&R and finds no plain error on the face of the record. Accordingly, the R&R [22] is **ADOPTED** as the order of the Court. The Commissioner's decision is **AFFIRMED**.

**SO ORDERED**, this 5th day of August, 2021.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**